Raymond G. Thompson, Appellant, v. Charles W. Kent, Otherwise Known as C. W. Kent, Trading as Electreat Manufacturing Company of City of Peoria, Illinois, Appellee.

Gen. No. 9,913.

Heard
in this court at the October term, 1943; opinion filed February 16, 1944. Ira J. Covey, Wayne H. Mathis and Chester F. Barnett, for appellant; McGrath & Copeland, for appellee. Opinion by JUSTICE HUFFMAN. Not to be published in full.